NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-802

GARY PICKETT
VERSUS
ED MOBBS, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 3
PARISH OF CALCASIEU, NO. 03-01625
HONORABLE SAM L. LOWERY, WORKERS' COMPENSATION JUDGE

\*\*\*\*\*\*\*\*\*\*

JAMES T. GENOVESE
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and James T.
Genovese Judges.

APPEAL DISMISSED.

Mitchel Mark Evans, II
Attorney at Law
416 North Pine Street
DeRidder, LA 70634
(337) 462-5225
COUNSEL FOR PLAINTIFF/APPELLEE:
Gary Pickett

Yul Dubart Lorio
Doucet, Lorio & Moreno
One Lakeshore Dr., #1695
Lake Charles, LA 70629
(337) 433-0100
COUNSEL FOR DEFENDANTS/APPELLANTS:
Ed Mobbs
Southern Restaurant Equipment Co.